

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-21-00518-CV

**BULVERDE VILLAGE PROPERTY OWNERS ASSOCIATION**,
Appellant

v.

**BULVERDE VILLAGE HOMEOWNERS ASSOCIATION, INC**. a/k/a The Point,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI03243
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's brief is due on or before August 4, 2022. However, appellee has filed an unopposed motion requesting an extension of time to file the appellee's brief. The motion is GRANTED. The appellee's brief is due on or before **August 16, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court